Opinion issued January 13, 2011


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00751-CV

———————————

IN RE cAROLYN cALKINS jAMES, Relator



 



 

Original Proceeding on Petition for Writ of Mandamus



 



 

MEMORANDUM OPINION

          Relator,
Carolyn Calkins James, has filed a petition for writ of mandamus, seeking to
have this Court compel the Honorable Olen Underwood, presiding judge of the
Second Administrative Judicial Region, sitting in Montgomery County, to vacate
an order of recusal and award relator attorney’s fees.[1]  

          We deny
the petition for writ of mandamus.   

 

Per Curiam

Panel
consists of Justices Jennings, Alcala, and Sharp.  

 











[1]
          This original proceeding arises
from two underlying cases that have been consolidated in the Probate Court
Number Two for Harris County, Texas:  (1)
In re: Guardianship of Mary Olive Calkins,
No. 378,993 and (2) In re: Dick C.
Calkins Trust, No. 275,123.